IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JEFFREY LEON BANKS,

    Plaintiff,

v.                                                         Civil Action No. **3:07CV284**

**BARLOW,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 30, 2007, the Court conditionally docketed Plaintiff's 42 U.S.C. § 1983 action. On June 15, 2007, the May 30, 2007 Memorandum Order was returned to the Court by the United States Postal Service marked, "RETURN TO SENDER." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
Richard L. Williams
United States District Judge

Date: AUG 1 5 2007
Richmond, Virginia